IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.11-01 |
| v. | ) | |
| | ) | (18 U.S.C. §§ 1543 and 2) |
| ROBERT P. MACOVEI | ) | |
| a/k/a Jim Stevenson | ) | Lancaster, C.J. |

ORDER OF COURT

AND NOW, this 16 day of Sept, 2011, upon consideration of the Government's Motion for an Order of Forfeiture, and any response thereto, IT IS HEREBY ORDERED that said Motion is GRANTED. An order of forfeiture against the Defendant in the amount of $22,250.00 in U.S. currency is imposed upon the Defendant, pursuant to 18 U.S.C. Section 982(b)(1), and 28 U.S.C. Section 2461(c). This order of forfeiture shall be included as part of the defendant's sentence and criminal judgment, imposed on September 2, 2011.

_____
Gary L. Lancaster
Chief United States District Judge