IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.11-01 |
| v. ) | |
| ) | (18 U.S.C. §§ 1543 and 2) |
| ROBERT P. MACOVEI ) | |
| a/k/a Jim Stevenson ) | Lancaster, J. |

Order of Court

And now, upon consideration of the Government's Motion for an Order of Restitution, said Motion is Granted. An order of restitution in the amount of $65,360.00 is ordered against the Defendant, jointly and severally, with Sanjar Alamanov.

_____
Hon. Gary L. Lancaster
Chief United States District Judge

Dated: September 29, 2011

cc: All Counsel of Record
    U.S. Marshal
    U.S. Probation