IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 11-01 |
| | ) | |
| ROBERT MACOVEI | ) | |
| a/k/a Jim Stevenson | ) | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this 3rd day of June, 2012, it is hereby ORDERED, ADJUDGED and DECREED that $22,500.00 in U.S. Currency is hereby forfeited to the United States pursuant to 18 U.S.C. § 982(b)(1) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation Robert Macovei, a/k/a Jim Stevenson.

_____
United States District Court